IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>TINA SMITH, and TAYLOR BROWN,<br><br>Defendants. | **4:21CR3107**<br><br>**ORDER** |

Defendants have moved to continue the trial, (Filing Nos. 46 and 47), because the parties are currently engaged in plea discussions. The motions to continue are unopposed. Based on the showing set forth in the motions, the court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendants' motions to continue, (Filing Nos. 46 and 47), are granted.

2) As to both defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 16, 2022, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motions to continue outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motions, the time between today's date and May 16, 2022, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any

right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge