IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR3107 |
| vs. | |
| TAYLOR BROWN, | RELEASE ORDER |
| Defendant. | |

Defendant admitted to violating the terms of pretrial release. Upon consideration of the evidence and filings before the court, Defendant is released subject to the terms and conditions of release previously imposed with these changes:

a. Condition (k) regarding residing at Stephen Center in Omaha, Nebraska is removed.

b. Defendant shall reside with Sara Wood and comply with all of the rules of her household.

June 8, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge