IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiffs,<br><br>vs.<br><br>TAYLOR BROWN,<br><br>           Defendant. | **4:21CR3107**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion, (Filing No. 100), is granted.

2) Provided Defendant is no longer subject to any active local or extraditable warrants, he shall be immediately released from custody to live with his fiancé, Sara Wood.

3) Defense counsel shall communicate with the Marshal to explain when the defendant will be picked up from the jail and who will be providing that transportation.

4) The clerk shall provide a copy of this order to the Marshal.

Dated this 18th day of October, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge