IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>TAYLOR BROWN,<br><br>            Defendant. | 4:21CR3107<br><br>**AMENDED** ORDER |

Defendant is released subject to the following:

1) Defendant's unopposed motion, (Filing No. 100), is granted.

2) Provided Defendant is no longer subject to any active local or extraditable warrants, he shall be immediately released from custody to live with his fiancé, Sara Wood, under the terms and conditions previously imposed at filing no. 45. Defendant shall make every attempt to resolve the outstanding warrants in Kansas and Missouri within 30 days.

3) Defense counsel shall communicate with the Marshal to explain when the defendant will be picked up from the jail and who will be providing that transportation.

4) The clerk shall provide a copy of this order to the Marshal.

October 20, 2022

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge